IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


KADEER KHANDAN
(POSSIBLY A.K.A. QADEER KHANDAN,
QADER KHANDAN, OR KADER KHANDAN)
    DETAINEE,
      GUANTANAMO BAY NAVAL STATION
      GUANTAMAMO BAY, CUBA

              Petitioner/Plaintiff

    v.
                                      CASE NUMBER: 1:05CV01697 (RBW)

GEORGE W. BUSH, ET AL.

              Respondents/Defendants


**MOTION TO ENLARGE TIME**


    COMES NOW the Petitioner, by and through counsel, David C. Sleigh, and respectfully moves this Honorable Court for an additional seven days to respond to the Respondents' <u>Motion for Order to Show Cause Why Case Should Not Be Dismissed For Lack of Proper "Next Friend" Standing, or in the Alternative, to Stay Proceedings Pending Related Appeals</u>.  The additional time is necessary for adequate factual and legal research.

    The Government has no objection to this Motion to Enlarge Time.


    DATED at St. Johnsbury, Vermont on October 4, 2005.

                                      Respectfully submitted,


                                      David C. Sleigh

Vermont Bar # 1171
SLEIGH & WILLIAMS
364 Railroad Street, Suite E
St. Johnsbury, VT 05819
Tel: (802) 748-5176
Fax: (802) 748-6618
Email: david.sleigh@sleighandwilliams.com


By: _____
      David C. Sleigh



*Of Counsel*
Barbara Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGH
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Tina Monshipour Foster (TF3555)
CENTERFORCONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499