| Type: | ICRC | Format: | Outgoing |
|---|---|---|---|
| Letter Number: | GUAN-2005-T04920 | ISN: JJJ | 000831 |
| Date Translated: | 2005/10/24 | Mail date | 2005/09/20 |
| Sender's Name: | DOCTOR KHANDAN ZADRAN | | |
| Addressee: | UNITED, STATES, DISTRICT | | |
| Address: | FOR THE DISTRICT OF COLABIA: 333 CONSTITUTION, AVENUE N. W. WASHINGTON. D.C. 20001# | | |
| City/Zip code: | U S | Country: | UNITED STATES |
| Language: | Pashto | Family: | Yes  Linguist Code:  Pv013 |

ISN # 831

C.A. 05-1697 (RBW)

To the United States Court of Habeas Corpus

I, Dr: Khandan Zadran the son of Jamil Khan Zadran, the resident of Khost Afghanistan. Your honor, I want to submit my request to you as follows: I was doing my job with honesty and integrity in one of the branches at security department of above mentioned province with the new government who's leader is Hamid Karzi.

I was one of the sincere supporters of the United States of America and it's allies, but unfortunately I was captured by an enemy of mine who's name is Pcha Khan Zadran and I was sold to Americans. So far it has been three years that I'm detained in Cuba while innocent, without justice branded an enemy combatant. In this regard I want you to review my case and appoint a knowledgeable, skilled attorney for me to help me in the court.

I was neither Taliban nor Al Qaida or a member of any political organization; I was a medical Doctor working with the present government. I wasn't an enemy of United States and it's allies; I didn't pose a threat to them in the past nor will I be a threat in future. Would you please take my case in serious consideration so I will be released to reunite with my family, to support them, and to take care of their education and upbringing.

In hopes of your kindness.

ISN #831

I.S.N. No# 831 # AFG

د امریکا متحده ایالاتو منی حکمي هي، بیس، کورس اداري ته!

زه د ترخښوان حجران د جمیل خان حجران حجوی د افغانستان د خوست ولایت اوسیدونکی غواړم چه ټاسو محترم لوړ مقام ته خپل عرض په لاندې ډول وړاندې کړم.

زه نوموړی د خوست پد ولایت کښی د نوی موجوده حکومت چه مشر یې جناب حامد کرزی دی د نوموړی ولایت د ملی امنیت دلوی خاني دمشر په حیث خپله را سپارل شوی دنده په ډیره ښه توګه صادقانه ترسره د رسولو د نوموړی موجوده حکومت او د امریکا متحده ایالاتو او د هغوی د ګټو د ټولو لپاره او د ټلو ملاتړ کوونکی ورم او د هغوی سره هم په ډیر جدیت صداقت او د اخلاص کار کوم خو متاسفانه څوک دیوه شخصی دښمن لخوا چه نوم یې هم با چاجان حجران چه امریکایانو ویشتل او پتورل شوم چه د راغه دی پورد دری کاله کیږی چه د کلیو با یه د دښمنانو کښی نه ګناه او بی پوښتنی او بی سرنوښته او په سرنوښته دلیو جنګی دښمن په نوم پروتم موجبری هکله زه غواړم چه زما نوموړی د روسیه مطالعه کوی او تر غور لاندې یې ونیسي او زما لپاره یو ټکو پیاوړی وکیل وټاکی چه ترخور په نوموړی حکمه کی زما به روسیه مرسته وکړی زه نه طالب نه القاعده او نه دلوم سیاسی سیسټم غړیتوب لرم زه د طبی کار کوونکی راټیر د موجوده حکومت یو ممبر ورم نه د امریکایانو او نه د هغوی متحدینو دښمن ورم نه د هغوی ته څخا کوم خاطر ورم او نه فعلاً د هغوی لپاره کوم خاطر یم.

نوهیله لرم چه زما به روسیه جدی غور پاملرنه وکړی چه تر څو زه خلاص او د خپلو کورنۍ ماشومانو د هغوی د تعلیم او تربیی غم وخورم ستاسو همکاری او شفقت بپه هیله.

ISN # 831

| Type: | ICRC | Format: | INCOMING | |
|---|---|---|---|---|
| Letter Number: | GUAN-2005-T04923 | ISN: JJJ | US9AF-000831DP | |
| Date Translated: | 10/25/05 | Mail date | | |
| Sender's Name: | Dr. Khandaan Zadraan | | | |
| Addressee: | United States District Court for the District of Colambia | | | |
| Address: | 333 Constitution Ave | | | |
| City/Zip code: | NW Washington D.C, 20001 | Country: | USA | |
| Language: | PV | Family: | Yes | Linguist Code: | PV15 |

To the United States Civilian court Judge or to Habeas Corpus Civilian Court!
Peace and God's blessing be upon you.

I am Dr. Khandaan resident of Khost province, Afghanistan.
Your honor, I would like to present you with my request.
Americans have imprisoned me in Cuba. I was performing my duty in Khost province as a senior official of national security for the newly elected central government who's leader is Hamed Karzai, until I was arrested by a personal enemy Pad-shah Khan Zadraan, then I was sold to Americans. Since that time I have been spending time in this prison, with no future.

1. Regarding who I was, whom I had connection with and that information could be found in my case/file. Information about me could also be found in Khost Province. I was a respected national security senior official in Khost for the new government. I have supported Americans and the coalitions, and I was their firm supporter. I have solid and written evidence that I was an ally of America. I was a tough enemy of Al-qaeda and Taliban. I would like you to assign a lawyer to represent my case, so he could take proper steps to resolve my case and my issue is resolved. I would like to be released so live with my family, relatives, and be able to provide them sustenance, clothes, and education.

I look forward for your help, and kindness.
Dr. Khandaan Zadraan

د امریکا ښکلو قاضی یاد ښی بیس بګوربیس مننه عکوه؟

السلام علیکم ورحمة الله وبرکاته

- زه درګ خدارن داعتاد نیا رضست ولست دلږ الاعلام۔
- خلاص شته ښکر قتم لرم شتم تمعرض عبیدالله خرته چه زه وګړاه ګه الله
د امریکا نه ولشنه کی بندایم چه زه رضست دولاش کی دلبه سرکذ یا حکومت

- چه ښکریا چبه حامدکزای نه رضست ولاتن د ملی امنیت ک در کوم پتو
- دسه وجراالمولا چه نرخو در سنګم رښتن په چه خان خدان لپا د رسیدل مشوم
- او چه امریکا ماو با بلایه و بلورل شوم چه نرښن عدائ پورښ دلوخبرد دلنارلر

۴ - جه سرنویشت کی شنېم او وراخ سه کوم۔

۱ - درم چه زه کوت ترم چه چه یورا مربعات ټم چره هغم دمام دبسته کی نیلا حضونه کولم شلا

- او چه افغانستان حنی ورستن کی طم بیا حلوومات و کولا شه زه دموجود لون حکومت
- بو کار مند رضست ملی امنیت دویت خاپی ښکروم دامریکا او دهغرا دعقد شوم
- سندګ چه زه ته منین کم وای زه د هغوی ګټ سداست کول کی ټم درک یولد عینیه او
تقدیرا ښکواهد للم چه زه د امریکایانو متحد ټم دالعالخرب او طلبانو
سیاست دلښمن تم او غفادم چه زما د دوسی ع بارش چیا سمروات بو و کښا وکتال
چه زما د دوسی او عرضن چ بارش اعدا لښت د ما پلا تر چورا مستقبل جال
وشه شنم زه د خپل کره خوشن مشم د خپلو جیاتو کندی سښ ګره لر لرم۔
ختور لوی رعزیا جان کال او دنیلم او انترنیټ نخم چه دخوش

تاسو د ګکوان د استقاف کمبل احترم۔ تشکر

سک خدارن عذریب

I.S.N. 831