UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KADEER KHANDAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 05-1697 (RBW) |
| GEORGE WALKER BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## ORDER

On October 24, 2006, the respondents in this case notified the Court that "the United States has relinquished custody of [the petitioner] and transferred him to the control of the Government of . . . Afghanistan." Notice of Transfer of Petitioner at 1. Accordingly, it is hereby

**ORDERED** that the petitioner shall show cause by November 10, 2006, why this case should not be dismissed on the grounds that it has become moot.

**SO ORDERED** this 26th day of October, 2006.

REGGIE B. WALTON
United States District Judge