UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

KADEER KHANDAN
        Petitioner

v.                                   **Criminal File: 1:05-cv-1697**

GEORGE W. BUSH, ET AL.
        Respondents

## PETITIONER'S MOTION TO DISMISS

COMES NOW Petitioner Kadeer Khandan, by and through his undersigned counsel, and hereby moves this Honorable Court to Dismiss the instant action without prejudice on the ground that he has been released from Guantánamo.

DATED at St. Johnsbury, Vermont on May 22, 2007.

                By: /s/ David C. Sleigh
                Sleigh & Williams
                364 Railroad Street, Ste. E
                St. Johnsbury, VT 05819
                802-748-5176
                linda@sleighandwilliams.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KADEER KHANDAN
      Petitioner

v.                                   **Criminal File :1:05-cv-1697**

GEORGE W. BUSH, ET AL.
      Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I, David C. Sleigh, of Sleigh & Williams, electronically filed PETITIONER'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Terry Marcus Henry
Judry Laeb Subar

DATED at St. Johnsbury, Vermont on May 22, 2007.

                                          By: /s/David C. Sleigh
                                          Sleigh & Williams
                                          364 railroad Street, Ste. E
                                          St. Johnsbury, VT 05819
                                          802-748-5176
                                          linda@sleighandwilliams.com