IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KADEER KHANDAN, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, )<br>)<br>*et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1697 (RBW) |

## JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER

Pursuant to the Court's June 20, 2008 Order (dkt. no. 31), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Kadeer Khandan (Internment Serial Number 831) is the sole detainee-petitioner in this habeas corpus case.

2) Petitioner Khandan is no longer detained at Guantanamo Bay. In October 2006, the United States relinquished custody of petitioner Khandan and transferred him to the control of the Government of Afghanistan. Thereafter, petitioner moved to dismiss this case without prejudice on the ground that petitioner had been released from Guantanamo Bay. *See* dkt. no. 28. Respondents agree with petitioner that this case should be dismissed.

3) No duplicate habeas petitions have been filed on behalf of petitioner Khandan.

| | |
|---|---|
| Dated: June 27, 2008 | Respectfully Submitted, |
| By: _____/S/_____<br>David C. Sleigh<br>Seligh & Williams<br>364 Railroad Street, Suite E<br>St. Johnsbury, VT 05819<br>Tel: (802) 748-5176 | _____/S/_____<br>Andrew I. Warden<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., NW, Rm. 7332<br>Washington, D.C. 20530<br>Tel: (202) 616-5084 |
| Attorney for Petitioner | Attorney for Respondents |